UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rozbicki v. Chiang
No. 14-1041

_____

APPELLEE CHIANG'S UNOPPOSED MOTION FOR A NINE-DAY
EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

_____

Appellees Tony Chiang, Gongda Yao, Peijun Ding, Fusen E. Chen, Barry L. Chin, Gene Y. Kohara, Zheng Xu and Hong Zhang (collectively "Chiang") respectfully move pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for a nine-day extension of time up to and including February 12, 2014, to file their principal brief.

Without the extension, Chiang's principal brief would be due February 3, 2014. See D.I. 20. Chiang has not received any previous extensions of time to file this brief.

Good cause exists for Chiang's requested extension. Chiang's briefing period began just before the Christmas and New Year's holidays when many attorneys had days that they were scheduled to be out of the office.

Counsel for appellants were contacted by counsel for Chiang about this extension and stated that they do not oppose the requested extension.

Accordingly, Chiang respectfully requests that the Court grant its unopposed motion for a nine-day extension of time until February 12, 2014 to file its principal brief. A proposed Order is submitted herewith.

| | |
|---|---|
| December 27, 2013 | Respectfully submitted, |
| | /s/ John R. Kenny |
| | John R. Kenny |
| | KENYON & KENYON LLP |
| | One Broadway |
| | New York, NY 10004-1050 |
| | Phone: (212) 425-7200 |
| | Fax: (212) 425-5288 |
| | JKenny@kenyon.com |

## CERTIFICATE OF INTEREST

Counsel for Appellee Chiang certifies the following:

1. The full names of every party represented by me are:

    The party Chiang et al., constituting Tony Chiang, Gongda Yao, Peijun Ding, Fusen E. Chen, Barry L. Chin, Gene Y. Kohara, Zheng Xu and Hong Zhang

2. The names of the real parties in interest represented by me are:

    Applied Materials, Inc.
    3050 Bowers Avenue
    Santa Clara, CA 95054

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the parties represented by me are:

    There are no parent corporations or publicly held companies that own 10% or more stock of Applied Materials, Inc.

    (Applied Materials, Inc. and Tokyo Electron Limited have announced an agreement to create a new company via merger.)

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are:

    Kenyon & Kenyon LLP: John R. Kenny, Joseph A Coppola and Christopher M. Scott (no longer with Kenyon & Kenyon)

December 27, 2013                     /s/ John R. Kenny
                                      John R. Kenny
                                      KENYON & KENYON LLP
                                      One Broadway
                                      New York, New York 10004
                                      (212) 425-7200
                                      (212) 425-5288 (fax)
                                      JKenny@kenyon.com

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Rozbicki v. Chiang
## No. 14-1041

_____

## [PROPOSED] ORDER GRANTING APPELLEE CHIANG'S UNOPPOSED MOTION FOR A NINE-DAY EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

_____

Appellees Tony Chiang, Gongda Yao, Peijun Ding, Fusen E. Chen, Barry L. Chin, Gene Y. Kohara, Zheng Xu and Hong Zhang, move unopposed for a nine-day extension of time to February 12, 2014 to file their principal brief.

Upon consideration thereof the motion is Granted. The brief is due on or before February 12, 2014.

FOR THE COURT:

Date: _____          _____

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the *Appellee Chiang's Unopposed Motion for a Nine-Day Extension of Time to File Appellee's Brief* was served on December 27, 2013 by electronic means via the Court's CM/ECF system, and by email on the following attorney:

> Todd R. Walters, Esq.
> S. Lloyd Smith, Esq.
> Erin M. Dunston, Esq.
> BUCHANAN INGERSOLL & ROONEY PC
> 1737 King Street, Suite 500
> Alexandria, VA 22314
> todd.walters@bipc.com
> lloyd.smith@bipc.com
> erin.dunston@bipc.com

> /s/ John R. Kenny
> John R. Kenny
> KENYON & KENYON LLP
> One Broadway
> New York, NY 10004-1050
> Phone: (212) 425-7200
> Fax: (212) 425-5288
> JKenny@kenyon.com